GARY M. RESTAINO
United States Attorney
District of Arizona
MICAH SCHMIT
Assistant U.S. Attorney
State Bar No. 014887
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gerard.schmit@usdoj.gov
Attorneys for Plaintiff

FILED
2022 SEP 28 AM 4: 13
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-02124 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Betty Nora Anderson,

    Defendant.

**INDICTMENT**

Violations:
21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Fentanyl and Methamphetamine)
Count 1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)
(Possession with Intent to Distribute Fentanyl)
Count 2

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Count 3

21 U.S.C. § 963
(Conspiracy to Import Fentanyl and Methamphetamine)
Count 4

21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(1)(F)
(Importation of Fentanyl)
Count 5

21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(1)(H)
(Importation of Methamphetamine)
Count 6

21 U.S.C. § 853
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about September 9, 2022, in the District of Arizona, BETTY NORA ANDERSON did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); and 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about September 9, 2022, in the District of Arizona, BETTY NORA ANDERSON did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT 3

On or about September 9, 2022, in the District of Arizona, BETTY NORA ANDERSON did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 4

Beginning at a time unknown, to on or about September 9, 2022, in the District of Arizona, BETTY NORA ANDERSON did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F); and 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

All in violation of Title 21, United States Code, Section 963.

## COUNT 5

On or about September 9, 2022, in the District of Arizona, BETTY NORA ANDERSON did knowingly and intentionally import into the United States from the Republic of Mexico 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F).

## COUNT 6

On or about September 9, 2022, in the District of Arizona, BETTY NORA ANDERSON did knowingly and intentionally import into the United States from the Republic of Mexico 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Six of this Indictment, defendant, BETTY NORA ANDERSON, shall

forfeit to the United States pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal, constituting, or derived from, any proceeds the defendant(s) obtained, directly or indirectly, as the result of the said violations, and (2) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations. The property to be forfeited includes, but is not limited to a 2015 Dodge Journey, VIN: 3C4PDCGG5FT606252.

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

All pursuant to Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date: September 28, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

MICAH SCHMIT
Assistant U.S. Attorney